NICHOLAS M. WAJDA
nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRIFFEN DIETRICH, | Case No. 2:19-cv-07635-RAO |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

    Plaintiff, GRIFFEN DIETRICH ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. , having filed with this Court her Notice of Voluntary Dismissal with Prejudice, and the Court having reviewed same, now finds that this matter should be dismissed.

    IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: September 9, 2019

_____
Honorable Rozella A. Oliver
United States Magistrate Judge

1